IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDI VROBEL : | |
|     Plaintiff : | |
| : | |
| v. : | |
| : | |
| THE HARTFORD LIFE AND : | |
| ACCIDENT INSURANCE CO., : | |
|     Defendant : | NO.:22-3797 |

**NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and her counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant, The Hartford Life and Accident Insurance Company.

Date: November 18, 2022

                                                RESPECTFULLY SUBMITTED,

                                                S/ *Michael J. Parker*
                                                Michael J. Parker, Esquire
                                                PA Bar No.: 93024
                                                Counsel for the Plaintiff, Randi Vrobel

                                                Pond Lehocky LLP
                                                One Commerce Square
                                                2005 Market Street
                                                Philadelphia, PA 19103
                                                (800) 773-1300

CERTIFICATE OF SERVICE

      I hereby certify that onNovember 18, 2022, I electronically filed the foregoing Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) with the Clerk of Court by using the CM/ECF system, which sent notice of such filing to all parties.

                RESPECTFULLY SUBMITTED,

                S/ *Michael J. Parker*
                Michael J. Parker, Esquire